FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 2 6 2020

JAMES N. HATTEN, Clerk
By:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| *v.* | No. 1:20-CR-311 |
| ALEIA KADAR | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(18 U.S.C. § 215(a)(2) – Bank Bribery)

Beginning no later than on or about April 23, 2019 and continuing until at least on or about May 29, 2019, in the Northern District of Georgia, the defendant, ALEIA KADAR, an employee of SunTrust Bank, the deposits of which were insured at the time by the Federal Deposit Insurance Corporation, corruptly solicited and demanded for the benefit of herself, and corruptly accepted and agreed to accept, anything of value, namely $10,000 from R.A., N.S., and others, intending to be influenced and rewarded in connection with the business and transaction of SunTrust Bank, namely, the opening of business bank accounts designed to receive the proceeds of fraudulent activity.

All in violation of Title 18, United States Code, Section 215(a)(2).

## Forfeiture Provision

Upon conviction of the offense alleged in this Criminal Information, the defendant, ALEIA KADAR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2), any and all property, real or personal, constituting and derived from proceeds traceable to the offense, including but not limited to the following:

> (a) MONEY JUDGMENT: $10,000 in United States currency, which is equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

2

BYUNG J. PAK
 *United States Attorney*

ALEX R. SISTLA
 *Assistant United States Attorney*
Georgia Bar No. 845602

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181